WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Harris,<br><br>        Plaintiff,<br><br>v.<br><br>St. Joseph's Hospital and Medical Center, et al.,<br><br>        Defendants. | No. CV-16-01234-PHX-JAT<br><br>**ORDER** |

    Federal courts are courts of limited jurisdiction. As a result, they can hear only those cases that the Constitution and Congress have authorized them to adjudicate: namely, cases involving diversity of citizenship, a federal question, or cases to which the United States is a party. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). The party asserting jurisdiction bears the burden of proving a jurisdictional basis exists. *Id.* In this case, because Plaintiff filed his suit in federal district court, he must show that the federal court is authorized to hear the case.

    In the complaint, Plaintiff states, "Jurisdiction is within the statutory guide lines of the Federal District Court…." Doc. 1 at 2. Plaintiff's sole cause of action is for negligence. Plaintiff claims to be a citizen of Arizona. It appears Defendants are also citizens of Arizona. Accordingly, it does not seem that either diversity jurisdiction or federal question jurisdiction exist in this case.

    Therefore,

    **IT IS ORDERED** that within 21 days, Plaintiff shall file a supplement to his

complaint alleging a basis for federal subject matter jurisdiction or this case will be dismissed for lack of jurisdiction.

Dated this 20th day of May, 2016.

*James A. Teilborg*
Senior United States District Judge